STATE v. HARVEY C. REGISTER, CARL GODWIN, JAMES REGISTER
AND JAMES JACKSON.

(Filed 22 March, 1944.)

APPEAL by defendants from *Williams, J.,* at November Term, 1943,
of HARNETT. No error.

*Attorney-General McMullan and Assistant Attorneys-General Patton
and Rhodes for the State.*
*J. R. Young and Neill McK. Salmon for defendants.*

PER CURIAM. The defendants were indicted for conspiracy to commit
a felonious assault upon the State's witness, and also for assault upon
him with a deadly weapon with intent to kill. There was a general
verdict of guilty. While the evidence was conflicting, the jury has
accepted the State's version of the transaction. An examination of the
record reveals no error in the trial. The exception to evidence of a
declaration by one of the defendants cannot be sustained. This evidence
was competent and there was no request that its effect be limited. *S. v.
McKeithan,* 203 N. C., 494, 166 S. E., 336. The exceptions to the charge
are without merit. The judgment pronounced upon the verdict will not
be disturbed.

No error.